UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| CAROLINE ANDERSON-BARKER,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>OFFICE OF THE GENERAL COUNSEL<br>NATIONAL LABOR RELATIONS BOARD,<br>et al.<br><br>　　　　　Defendants.<br>_____/ | No. C 11-04813 LB<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Caroline Anderson-Barker filed a complaint in this action on September 28, 2011. Complaint, ECF No. 1.[1] At the same time, she filed an application for leave to proceed in forma pauperis. Application, ECF No. 2. The court denied her application on November 7, 2011 and ordered her to pay the $350.00 filing fee no later than December 7, 2011. Order, ECF No. 6 at 1 The court further warned that "[f]ailure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice." *Id*.

Ms. Anderson-Barker has yet to pay the required filing fee. Accordingly, the court orders her to show cause why this case should not be dismissed for failure to prosecute. Ms. Anderson-Barker must file a written response to this order to show cause by January 12, 2012.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

UNITED STATES DISTRICT COURT
For the Northern District of California

**IT IS SO ORDERED.**

Dated: December 21, 2011

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

C 11-04813 LB
ORDER TO SHOW CAUSE

2