UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| CAROLINE ANDERSON-BARKER,<br><br>              Plaintiff,<br>    v.<br><br>OFFICE OF THE GENERAL COUNSEL<br>NATIONAL LABOR RELATIONS BOARD,<br>et al.<br><br>              Defendants.<br>_____/ | No. C 11-04813 LB<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED** *IN FORMA PAUPERIS*<br><br>[Re: ECF No. 2, 8] |

Plaintiff Caroline Anderson-Barker filed a complaint in this action on September 28, 2011. Complaint, ECF No. 1.[1] At the same time, she filed an application for leave to proceed *in forma pauperis*. IFP Application, ECF No. 2. The court denied her application on November 7, 2011 and ordered her to pay the $350.00 filing fee no later than December 7, 2011. Order, ECF No. 6 at 1 The court further warned that "[f]ailure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice." *Id*.

Ms. Anderson-Barker failed to pay the required filing fee by December 7, 2011. Accordingly, the court ordered her to show cause why this case should not be dismissed for failure to prosecute. Order to Show Cause, ECF No. 7. On January 12, 2012, she filed a statement explaining that she

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-04813 LB
ORDER TO SHOW CAUSE

1 neglected to include some of her debts on her initial IFP Application, providing updated
2 information, and asking the court to reconsider its denial of her application.  Response, ECF No. 8.
3     Having reconsidered Ms. Anderson-Barker's Updated IFP Application and complaint, the court
4 hereby **GRANTS** her application.  The Clerk of Court shall issue the summons.  Furthermore, the
5 U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy
6 of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon
7 Defendants.
8 **IT IS SO ORDERED.**
9 Dated: March 6, 2012

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California