UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CAROLINE ANDERSON-BARKER,<br><br>            Plaintiff,<br>    v.<br><br>OFFICE OF THE GENERAL COUNSEL NLRB, et al.,<br><br>            Defendants. | No. C 11-04813 LB<br><br>**ORDER RE: PLAINTIFFS' VOLUNTARY DISMISSAL OF ENTIRE ACTION**<br><br>[Re: ECF No. 13] |

Plaintiff Caroline Anderson-Barker filed the complaint in this action on September 28, 2011. Complaint, ECF No. 1.[1] On March 6, 2012, the court granted Plaintiff's application to proceed *in forma pauperis* and ordered the U.S. Marshal to serve Defendants with the complaint and summons. 03/06/2012 Order, ECF No. 9.

On April 4, 2012, Plaintiff filed a request that asks the court to dismiss her action without prejudice. Request, ECF No. 13.[2] Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Unless

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

[2] Plaintiff noticed her request for hearing on April 5, 2011 (the day after she filed her request). No hearing took place on that day, nor does the court believe one is needed to resolve this matter. *See* N.D. Cal. Civ. L.R. 7-1(b).

C 11-01725

the notice states otherwise, the dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Here, no Defendants have filed an answer or a motion for summary judgment. Thus, under Rule 41(a)(1), Plaintiff may voluntarily dismiss her case without a court order. The court, therefore, will construe her request for dismissal as a notice of dismissal pursuant to Rule 41(a)(1)(i).[3] The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: April 11, 2012

_____
LAUREL BEELER
United States Magistrate Judge

---

[3] In light of this dismissal, the U.S. Marshal need not serve Defendants as previously instructed.

C 11-01725

2